## MEMORANDUM DECISIONS

CHADWICK v. STATE. (No. 5542.) (Court of Criminal Appeals of Texas. Nov. 12, 1919.) Appeal from Grayson County Court; Dayton B. Steed, Judge. W. E. Chadwick was convicted for keeping a bawdyhouse, and he appeals. Affirmed. Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J. The appeal is from conviction for keeping a bawdyhouse. We find neither statement of facts nor bills of exceptions in the record. There is no matter presented in the motion for a new trial which we can review, in the absence of bills of exceptions or statement of facts. The judgment is affirmed.

CLEVELAND v. STATE. (No. 5488.) (Court of Criminal Appeals of Texas. Nov. 5, 1919.) Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge. Andy Cleveland was convicted of assault to rape, and he appeals. Affirmed.

LATTIMORE, J. In this case appellant was convicted in the criminal district court of Travis county of the offense of assault to rape, and his punishment fixed at confinement in the state penitentiary for a period of 10 years. The case is before us without any statement of facts or bills of exception. We have examined the indictment and charge of the court, and the same appear to be in accordance with the law. There being no error shown by the record, the judgment of the lower court will be affirmed.

COFFEE v. STATE. (No. 5599.) (Court of Criminal Appeals of Texas. Dec. 3, 1919.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Charles Coffee, was convicted of theft, and he appeals. Affirmed. Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of theft; his punishment being assessed at two years in the penitentiary. The record is before us without a statement of facts or bill of exceptions. Without these there is no question presented that can be revised. The judgment will be affirmed.

Ex parte COX. (No. 5663.) (Court of Criminal Appeals of Texas. Dec. 17, 1919.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Application by R. G. Cox for a writ of habeas corpus for admission to bail. From a judgment remanding petitioner to custody without bail, he appeals. Reversed, and bail granted. Jas A. Elkins, S. B. Ehrenwerth, and John H. Crooker, all of Houston, and E. A. Berry, of Austin, for appellant. Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Under habeas corpus proceeding the appellant was remanded to custody without bail. We are of opinion that in this there was error. A careful inspection of the facts leads us to this conclusion. We pretermit a discussion of the evidence, inasmuch as the case will go before a jury. The judgment is reversed, and bail is fixed in the sum of $10,000; the bond to be taken and approved by the sheriff of Harris county. The judgment is reversed, and bail granted.

GREEN v. STATE. (No. 5531.) (Court of Criminal Appeals of Texas. Nov. 12. 1919.) Appeal from Tarrant County Court; Hugh L. Small, Judge. Mrs. Anna Green was convicted of simple assault, and she appeals. Affirmed. Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J. The appeal is from conviction of simple assault. We find neither statement of facts nor bills of exceptions in the record. There is no matter presented in the motion for a new trial which we can review, in the absence of bills of exceptions or statement of facts. The judgment is affirmed.

THOMPSON v. STATE. (No. 5357.) (Court of Criminal Appeals of Texas. Oct. 15, 1919.) Appeal from District Court, El Paso County; W. D. Howe, Judge. Prince Thompson was convicted of a violation of the Ten Mile Zone Law, and he appeals. Affirmed. E. A. Berry, Asst. Atty. Gen., for the State.

MORROW, J. This is a conviction for violating the act of the Thirty-Fifth Legislature known as the Ten Mile Zone Law (Acts 4th Called Sess. 1918, c. 12), and the record comes without statement of facts or bill of exceptions, and presents no ruling of the trial court for review. The judgment is affirmed.

AMERICAN FREEHOLD LAND MORTG. CO. OF LONDON, Limited, v. MORRIS et al. (Supreme Court of Arkansas. Feb. 10, 1919.) Appeal from Ashley Chancery Court; Z. T. Wood, Chancellor.

PER CURIAM. Settled, and appeal dismissed on appellant's motion. See, also, 215 S. W. 696.

BEATY v. STATE. (Supreme Court of Arkansas. July 14, 1919.) Appeal from Circuit Court, Hempstead County; Geo. R. Haynie, Judge.

PER CURIAM. Appeal dismissed, on suggestion of appellant's pardon subsequent to lodgment of transcript.